LEO H. BOHLING, Appellant, *v.* EDWARD CORSI, as Industrial Commissioner, et al., Respondents.

Submitted October 5, 1953; decided October 16, 1953.

*Merwin K. Hart, Jr.,* for motion.

No one opposed.

Motion for a certificate that a constitutional question is involved on the appeal herein granted. The time within which to serve all papers upon this appeal is extended to twenty days from the date of the order.